**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30194 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00035-DWM |
| v. | |
| WILLIAM JOSEPH VOTH, Jr., | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted March 12, 2013[**]

Before:    PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

William Joseph Voth, Jr., appeals from the district court's judgment and

challenges the 87-month sentence imposed following his guilty-plea conviction for

conspiracy to distribute methamphetamine, in violation of 21 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

§§ 841(b)(1)(B), 846, and 851.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Voth contends that his sentence is substantively unreasonable in light of the 18 U.S.C.§ 3553(a) sentencing factors.  The district court imposed a sentence below the mandatory minimum after granting the government's substantial assistance motion under 18 U.S.C. § 3553(e).  The court gave Voth the full benefit of the substantial assistance departure, and was precluded from further reducing his sentence under the section 3553(a) factors.  *See United States v. Jackson*, 577 F.3d 1032, 1036 (9th Cir. 2009).

**AFFIRMED.**